UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY ROBERT NIX,<br>  Plaintiff, | )<br>)<br>)    No. 1:21-cv-425 |
| -v- | )<br>)    Honorable Paul L. Maloney |
| CEDAR SPRINGS PUBLIC SCHOOLS, *et al.*<br>  Defendants. | )<br>)<br>) |

## JUDGMENT

The Court has dismissed all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 24, 2022                                   /s/  Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       United States District Judge